**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 06-7075**

---

In Re:    RICHARD ALLEN SMITH, JR.,

Petitioner.

---

On Petition for Writ of Mandamus
(No. 2:00-cr-00007-FPS; 2:04-cv-00050-FPS)

---

Submitted: September 26, 2006          Decided: October 3, 2006

---

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Richard Allen Smith, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Richard Allen Smith, Jr., petitions for a writ of mandamus, alleging the district court has unduly delayed acting on two motions for relief pursuant to Fed. R. Civ. P. 60. He seeks an order from this court directing the district court to act. Although we find that mandamus relief is not warranted because the delay is not unreasonable, we deny the mandamus petition without prejudice to the filing of another mandamus petition if the district court does not act expeditiously. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED